IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:14CR364-1
:
MELVIN RAIMUND PAUL :

The Grand Jury charges:

COUNT ONE

1. At all times material to this Indictment, Akron Market Citgo, located at 3890 North Glenn Avenue, Winston-Salem, North Carolina, was engaged in the convenience store and gasoline business, an industry which affects interstate and foreign commerce.

2. On or about September 1, 2013, in the County of Forsyth, in the Middle District of North Carolina, MELVIN RAIMUND PAUL did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that MELVIN RAIMUND PAUL did knowingly and unlawfully take and obtain property, consisting of approximately $833.00 in United States currency, belonging to Akron Market Citgo, located at 3890 North Glenn Avenue, Winston-Salem, North Carolina, from the possession of an employee of the said business against his will by means of actual and threatened force, violence, and fear of injury,

immediate and future, to his person; in violation of Title 18, United States Code, Section 1951(a).

COUNT TWO

1. At all times material to this Indictment, Pop Shoppe, located at 1710 Stanley Road, Greensboro, North Carolina, was engaged in the convenience store and gasoline business, an industry which affects interstate and foreign commerce.

2. On or about September 6, 2013, in the County of Guilford, in the Middle District of North Carolina, MELVIN RAIMUND PAUL did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that MELVIN RAIMUND PAUL did knowingly and unlawfully take and obtain property, consisting of approximately $120.00 in United States currency, belonging to Pop Shoppe, located at 1710 Stanley Road, Greensboro, North Carolina, from the possession of an employee of the said business against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person; in violation of Title 18, United States Code, Section 1951(a).

COUNT THREE

1. At all times material to this Indictment, Akron Market Citgo, located at 3890 North Glenn Avenue, Winston-Salem, North

2

Carolina, was engaged in the convenience store and gasoline business, an industry which affects interstate and foreign commerce.

2. On or about September 10, 2013, in the County of Forsyth, in the Middle District of North Carolina, MELVIN RAIMUND PAUL did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that MELVIN RAIMUND PAUL did knowingly and unlawfully take and obtain property, consisting of approximately $120.00 in United States currency, belonging to Akron Market Citgo, located at 3890 North Glenn Avenue, Winston-Salem, North Carolina, from the possession of an employee of the said business against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person; in violation of Title 18, United States Code, Section 1951(a).

COUNT FOUR

1. At all times material to this Indictment, Fast Track, located at 5916 University Parkway, Winston-Salem, North Carolina, was engaged in the convenience store and gasoline business, an industry which affects interstate and foreign commerce.

2. On or about September 14, 2013, in the County of Forsyth, in the Middle District of North Carolina, MELVIN RAIMUND PAUL did unlawfully obstruct, delay and affect commerce, as that term is

defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that MELVIN RAIMUND PAUL did knowingly and unlawfully take and obtain property, consisting of approximately $30.00 in United States currency, belonging to Fast Track, located at 5916 University Parkway, Winston-Salem, North Carolina, from the possession of an employee of the said business against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person; in violation of Title 18, United States Code, Section 1951(a).

COUNT FIVE

1. At all times material to this Indictment, A-1 Pawn Shop, located at 143 Greensboro Road, High Point, North Carolina, was engaged in the pawn shop business, an industry which affects interstate and foreign commerce.

2. On or about September 14, 2013, in the County of Guilford, in the Middle District of North Carolina, MELVIN RAIMUND PAUL did unlawfully obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that MELVIN RAIMUND PAUL did knowingly and unlawfully take and obtain property, consisting of approximately $214.00 in

4

United States currency, belonging to A-1 Pawn Shop, located at 143 Greensboro Road, High Point, North Carolina, from the possession of employees of the said business against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons; in violation of Title 18, United States Code, Section 1951(a).

A TRUE BILL:

_____
ANDREW C. COCHRAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY