IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA : CASE #: 14CR364

v.

PAUL Melvin : WAIVER OF RIGHTS UNDER THE
: THE INTERSTATE AGREEMENT ON
: DETAINERS ACT

---

The defendant in the above captioned case, having been fully advised of rights under the Interstate Agreement on Detainers (18 U.S.C, App. III), and understanding that, according to the provisions of said Agreement, any Indictment, Information, or Complaint lodged against a defendant in the Middle District of North Carolina may be dismissed with prejudice upon such defendant's return to the location of prior confinement, hereby expressly waives such rights under said Agreement, specifically, the right to remain in Federal custody pending the final disposition of the above captioned case. The defendant hereby acknowledges that a copy of the Writ of Habeas Corpus Ad Prosequendum has been made available to said defendant and hereby waives any hearing under the Interstate Agreement on Detainers prior to being returned to the location of prior confinement. Further, the defendant agrees that, if an election is made in the future to rescind this waiver and thereafter invoke rights under the Interstate Agreement of Detainers, such must be done in writing and served upon the United States Marshals Service.

This, the 7 day of November, 2014.

_____
Defendant

_____
Defendant's Attorney

_____
Witness