IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:14CR364-1 |
| | : | |
| MELVIN RAIMUND PAUL | : | |

SEALED RESPONSE TO DRAFT PRESENTENCE REPORT

Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure and Local Criminal Rule 32.2, this confirms that the Draft Presentence Report about this Defendant, in the above-docket number(s), has been reviewed by the Government on March 11, 2015.

The Government has reviewed the Draft Presentence Report and:

   __X__    Finds the factual information accurate and makes no request for correction or modification.

   _____    Objects to material information, sentencing guideline ranges, and/or policy statements contained in or omitted from the report as set forth below.

   _____    Disagrees with the point computation as set forth below.

In accordance with Local Criminal Rule 32.3, this Response to the Draft Presentence Report is filed UNDER SEAL.

This, the 11th day of March, 2015.

                                    Respectfully submitted,

                                    RIPLEY RAND
                                    UNITED STATES ATTORNEY

                                    /S/ ANDREW C. COCHRAN
                                    Special Assistant United States Attorney
                                    NCSB # 35216
                                    United States Attorney's Office
                                    Middle District of North Carolina
                                    251 N. Main Street, Ste. 726
                                    Winston-Salem, North Carolina 27101
                                    Phone: (336) 631-5268

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:14CR364-1 |
| | : | |
| MELVIN RAIMUND PAUL | : | |

CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Gregory Davis

                Respectfully submitted,

                RIPLEY RAND
                UNITED STATES ATTORNEY

                /S/ ANDREW C. COCHRAN
                Special Assistant United States Attorney
                NCSB # 35216
                United States Attorney's Office
                Middle District of North Carolina
                251 N. Main Street, Ste. 726
                Winston-Salem, North Carolina 27101
                Phone: (336) 631-5268