IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | NO. 1:14CR364 |
| | : | |
| Melvin Raimund PAUL | : | |

**PRESENTENCE REPORT REVIEW**
**WITHDRAWAL OF INITIAL OBJECTIONS**

After due research and investigation, counsel for the Defendant withdraws the following objections:

Paragraphs 21, 27, 33, 39 and 45 applying a 3 level enhancement for brandishing a dangerous weapon;

Paragraph 48 applying a 2 level enhancement for Obstruction of Justice;

Paragraph 54, applying the offense level for a career offender;

Respectfully submitted, August 20, 2015.

/s/ Helen L. Parsonage
_____

Helen L. Parsonage
N.C. State Bar #35492
Elliot Morgan Parsonage
426 Old Salem Road
Winston-Salem, NC 27101
(336) 724 2828
hparsonage@emplawfirm.com

# CERTIFICATE OF SERVICE

I, Helen L. Parsonage, do hereby certify that on this date I served a copy of the foregoing on the United States of America by using the CM/ECF filing system, which will send notification of such filing to the following individuals:

Randall Galyon
Assistant United States Attorney,
P.O. Box 1858
Greensboro, NC 27401
randall.galyon@usdoj.gov

This the 20th day of August, 2015.

/s/ HELEN L. PARSONAGE
Attorney for Defendant
426 Old Salem Road
Winston-Salem, NC 27101
(336) 724 2828
Email: hparsonage@emplawfirm.com